**Fill in this information to identify the case and this filing:**

Debtor Name: **SanoTech 360, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **23-** 40261-elm11

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/29/2023**
MM / DD / YYYY

X **/s/ George R. Robertson**
Signature of individual signing on behalf of debtor

**George R. Robertson**
Printed name

**CEO**
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **SanoTech 360, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **23-** 40261-elm11

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Flextronics America, LLC<br>1000 Technology Dr. West<br>Columbia, SC 29170 | | - | | | | $326,826.74 |
| 2 | FedEx<br>PO Box 660481<br>Dallas, TX 75266-0481 | Matt Garcia<br><br>matt@barnettgarcia.com | - | | | | $245,698.89 |
| 3 | Piller Aimmco<br>3925 S Grant St.<br>Washougal, WA 98671 | | - | | | | $211,709.33 |
| 4 | Team Manufacturing East West<br>4170 Ashford Dunwoody Rd.<br>Suite 560<br>Atlanta, GA 30319 | Adam Agress<br><br>aagress@ewmfg.com | - | | | | $151,197.80 |
| 5 | All Metals Fabricating<br>200 Allentown Parkway<br>Allen, TX 75002 | | - | | | | $105,000.00 |

| Debtor | **SanoTech 360, LLC** | Case number (if known) **23-** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | TCS Micropumps Highfield Favorsham Road Ospringe ME13 OSF United Kingdom | Stuart Cakebread  scakebread@ceruleanlaw.co.uk | - | | | | $99,273.41 |
| 7 | Foley & Lardner LLP 2021 McKinny Avenue Dallas, TX 75201 | Mike Dubner  mdunbar@foley.com | - | | | | $95,028.78 |
| 8 | Hydradyne, LLC 15050 FAA Blvd. Fort Worth, TX 76155-2215 | Lara Roberge  lroberge@bna-legal.com | - | | | | $91,507.85 |
| 9 | Allied Electronics & Automation PO Box 841811 Dallas, TX 75284-1811 | Desiree Davis  desiree.davis@allicdelec.com | - | | | | $64,345.76 |
| 10 | Micronel USA 12115 Insurance Way Hagerstown, MD 21740 | Rick Asai  r.saal@micronel.com | - | | | | $62,081.87 |
| 11 | Maxon Precision Motors 125 Dever Dr. Taunton, MA 02780 | Holly Correira  holly.correira@maxongroup.com | - | | | | $56,614.47 |
| 12 | Ryan Tax Compliance Services, LLC Three Galler Tower 13155 Noel Rd., Suite 100 Dallas, TX 75240 | Marketta Plummer 214-524-9870 | - | | | | $45,853.90 |
| 13 | AUSPI Group 417 S Associated Rd., Suite 102 Brea, CA 92821 | | - | | | | $40,650.55 |

| Debtor | **SanoTech 360, LLC** | Case number (if known) **23-** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Classic Sheet Metal, Inc. Purchasing 1515 Wrightwood Ct. Addison, IL 60101 | | - | | | | $32,098.00 |
| 15 | Buckeye Corrugated PO Box 840931 Dallas, TX 75284-0931 | | - | | | | $26,718.50 |
| 16 | The Specialty Mfg. Co. 5858 Centerville Rd. St. Paul, MN 55127 | Carie Brown carie@specialtymfg.com | - | | | | $24,974.71 |
| 17 | CDW Direct PO Box 75723 Chicago, IL 60675-5723 | Vida Krug vida.krug@cdw.com | - | | | | $24,656.28 |
| 18 | RIM Manufacturing, LLC 901 West I-20 Weatherford, TX 76087 | | - | | | | $18,766.00 |
| 19 | Healthcare Surfaces Institute 1156 Heritage Dr. Stevensville, MT 59870 | | - | | | | $17,924.00 |
| 20 | JTaylor 4800 Overton Plaza Fort Worth, TX 76109-4450 | | - | | | | $10,875.50 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3