**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **SanoTech 360, LLC**    CASE NO  **23-** 40261-elm11

CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/29/2023    Signature  /s/ George R. Robertson
*George R. Robertson*
*CEO*

Date _____    Signature _____

AASA
1615 Duke St
Alexandria VA 22314

AC Works
1446 Mineral Wells Hwy
Weatherford TX 76086

Action Verb, LLC
PO Box 29502 #20898
Las Vegas NV 89126

Airgroup Corporation
PO Box 844722
Dallas TX 75284-4722

All Metals Fabricating
200 Allentown Parkway
Allen TX 75002

Allied Electronics
PO Box 841811
Dallas TX 75284-1811

AT&T
PO Box 5014
Carol Stream IL 60197-5014

AUSPI Group
417 S. Associated Rd., Suite 102
Brea CA 92821

Baker Tilly US, LLP
2500 Dallas Parkway, Suite 300
Plano TX 75093

Buckeye Corrugated
PO Box 840931
Dallas TX 75284-0931

CDW Direct
PO Box 75723
Chicago IL 60675-5723

Cintas
PO Box 631025

Cincinnati OH 45263

Cirro Energy
PO Box 2229
Houston, TX 77252-2229

Classic Sheet Metal, Inc.
Purchasing
1515 W. Wrightwood Ct.
Addison IL 60101

Creditsafe USA Inc.
PO Box 789985
Philadelphia PA 19178-9985

DFW Security
PO Box 54301
Hurst TX 76054

DHL Aviation East Midlands Airport - Cargo
West Castle Donington Derbys.
DE742TR United Kingdom

DIIP TT. LLC
c/o InvestCorp International Inc.
Michael Moriarty
280 Park Ave., 36th Flr
New York, NY 10017

DSV Air & Sea Inc.
PO Box 200876
Pittsburgh PA 15251-9876

EarthSafe Chemical Alternatives, LLC
Accounts Receivable
145 Wood Rd.
Braintree MA 02184

Elsevier Inc.
PO Box 9533
New York NY 10087

Emist Legacy Holders, LLC
Michael Butts
1751 River Run, Suite 400
Fort Worth, TX 76107

Express Employment Professionals
PO Box 203901
Dallas TX 75320

FedEx Freight
PO Box 10306
Palatine IL 60055

FedEx
PO Box 660481
Dallas TX 75266-0481

FiveTran Inc
405 14th St., Suite 1100
Oakland CA 94612-2707

Flextronics America, LLC
1000 Technology Dr. West
Columbia SC 29170

Foley & Lardner LLP
2021 McKinny Avenue
Dallas TX 75201

Fort Worth ISD
100 N University Dr.
Fort Worth, TX 76107

Goldshield, LLC
734 Chicken Valley Rd
Locust Valley NY 11560

Haigood and Campbell
PO Box 1066
108 E Walnut St.
Archer City TX 76351

Healthcare Surfaces Institute
1156 Heritage Dr
Stevensville MT 59870

Higginbotham
PO Box 735110
Dallas TX 75373

HVM Technology
360 McKenna Ave
New Braunfels TX 78130

Hydradyne, LLC.
15050 FAA Blvd
Fort Worth TX 76155-2215

Ideal Pest Control
6913 Camp Bowie Blvd., Suite 181
Fort Worth TX 76116

Ingenuity Concepts
1354 East County Road E
Vadnais Heights MN 55110

ISSA Interclean
97633 Eagle Way
Chicago IL 60678-1976

John Son's Press
3300 South Freeway
Fort Worth TX 76110

JTaylor
4800 Overton Plaza
Fort Worth TX 76109-4430

Kelly Hart & Hallman LLP
201 Main, Suite 2500
Fort Worth TX 76102

LYSI Consulting
620 Newport Center Dr., Suite 1100
Newport Beach CA 92660

Map Communications Inc
840 Greenbrier Circle, Suite 202
Chesapeake VA 23320

Massey's Septic Tank Service
PO Box 1443
Weatherford TX 76086

Maxon Precision Motors
125 Dever Drive

Taunton MA 02780

MCS Movable Container Storage
PO Box 531659
Atlanta GA 30353-1659

Micronel USA Inc.
Rick Asal
12115 Insurance Way
Hagerstown MD 21740

Mobile Mini Solutions
Accounting
PO Box 650882
Dallas TX 75265-0882

Nordea Bank Finland PLC
DSV Solutions, LLC
1211 Avenue of Americas, 23rd Flr
New York NY 10036

ORDERFUL
Dept CH 17366
Palatine IL 60055

Peoples Premium Finance
PO Box 1338
Marietta OH 45750

Philip Heim
8 Gator Lane
Beaufort SC 29907

Piller Aimmco
3925 S Grant St.
Washougal WA 98671

Pro Line Rentals
PO Box 651
San Angelo TX 76902

Republic Services
PO Box 78829
Phoenix AZ 85062-8829

Republic Services

116 Nu Energy
Aledo, TX 76008-312626

RIM Manufacturing, LLC
901 West I-20
Weatherford TX 76087

Ryan Tax Compliance Services, LLC
Three Gallery Tower
13155 Noel Road, Suite 100
Dallas TX 75240

SGS North America Inc.
620 Old Peachtree Road NW, Suite 100
Suwanee GA 30024

Stamats
615 Fifth Street SE
Cedar Rapids IA 52406-1888

Tarrant County
100 E Weatherford St.
Fort Worth, TX 76196

TCS Micropumps Highfield,
Faversham Road Ospringe
ME13 0SF United Kingdom

Team Manufacturing - East West
4170 Ashford Dunwoody Rd., Suite 560
Atlanta GA 30319

Texas Bank and Trust Company
Attn:  Shane Best
300 E. Whaley
Longview, TX 75601

Texas Bank and Trust Company
c/o Patrick Schurr
Sheef & Stone
2600 Network Blvd., Suite 400
Frisco, TX 75034

Texas Comptroller
PO Box 13528
Austin, TX 78711

Texas Mutual
PO Box 841843
Dallas TX 75284

The Specialty Mfg. Co.
Scott Rische
5858 Centerville Rd.
St. Paul MN 55127

The United Group
Accounts Receivable
100 S. Pavilion Circle West
Monroe LA 71292

TPS CCRMA Toll Processing Services
3461 Carmen Ave
Rancho Viejo TX 78575

TUV SUD Canada Inc.
1229 Ringwell Drive
Newmarket ON L3Y 8T8
Canada

ULine
Accounts Receivable
PO Box 88741
Chicago IL 60680-1741

UPS Supply Chain Solutions
28013 Network Place
Chicago IL 60673

Vossler Plumbing
PO Box 121218
Fort Worth TX 76121

Western Trucking Company Inc., LLC
11875 Camp Bowie West Blvd.
Aledo TX 76008

Wilson Company
PO Box 9100
Addison TX 75001

Windstream
PO Box 9001013

Louisville, KY 40290-1013

Worldwide Express
PO Box 733360
Dallas TX 75373

Y2X Life Sciences
701 5th Avenue, Suite 2800
Seattle WA 98104